![symbol]

**Ellen Rochelle BUTTERCASE, Appellant,**

v.

**John Richard BUTTERCASE, Respondent.**

**No. WD 75210.**

Missouri Court of Appeals, Western District.

June 11, 2013.

Craig D. Ritchie and Jennifer L. Soper, St. Joseph, MO, for appellant.

Steven E. Skinner, Maryville, MO, for respondent.

Before Division I: GARY D. WITT, Presiding Judge, and THOMAS H. NEWTON and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

Ellen Rochelle Buttercase appeals from the judgment entered by the Circuit Court of Atchison County, Missouri, denying her Motion to Reopen the Evidence, Vacate the Judgment or, in the Alternative, Motion for New Trial. Finding no error, we affirm in this *per curiam* order and have

provided the parties a legal memorandum explaining our ruling. Rule 84.16(b).